JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM VITAEV,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR., ETC., ET AL.,<br><br>Respondents. | No. ED CV 26-5889-E<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 15, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE